IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:02CV250-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| MARY G. GABRIEL, | )<br>)<br>) |
| Defendant. | ) |
| and | )<br>) |
| SOUTHMINSTER, INC., | ) |
| Garnishee. | ) |

**THIS MATTER** is before the Court on the Government's "Motion for Dismissal of Writ of Garnishment" (document #21) filed July 19, 2007. For the reasons stated therein and for good cause shown, it is **ORDERED** that the Writ of Garnishment filed in this case against the defendant Mary G. Gabriel on April 18, 2005, is **DISMISSED**.

**SO ORDERED.**

Signed: July 19, 2007

Carl Horn, III
United States Magistrate Judge